UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

WERONIKA JANCZUK,

Defendant.

**INFORMATION**

23 Cr.

24 CRIM 010

## COUNT ONE
**(Threatening Interstate Communications)**

The United States Attorney charges:

1.  From in or around April 2020 through at least in or around August 2021, in the Southern District of New York and elsewhere, WERONIKA JANCZUK, the defendant, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, JANCZUK emailed an individual (the "Victim") a series of violent, threatening, harassing, and intimidating messages in which JANCZUK threatened to kill the Victim and his relatives.

(Title 18, United States Code, Sections 875(c) and 2.)

## COUNT TWO
**(Cyberstalking)**

The United States Attorney further charges:

2.  From in or around April 2020 through at least in or around August 2021, in the Southern District of New York and elsewhere, WERONIKA JANCZUK, the defendant, knowingly and with the intent to kill, injure, harass, intimidate, and place under surveillance with intent to kill, injure, harass, and intimidate another person, to wit, the Victim, used the mail, interactive computer services and electronic communication services and electronic

communication systems of interstate commerce, and other facilities of interstate and foreign commerce, to engage in a course of conduct that (a) placed the Victim in reasonable fear of the death of and serious bodily injury to a person, and (b) caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to the Victim and the Victim's immediate family members, to wit, JANCZUK emailed the Victim a series of violent, threatening, harassing, and intimidating messages in which JANCZUK threatened to kill the Victim and his relatives.

(Title 18, United States Code, Sections 2261A(2)(A), 2261A(2)(B) and 2.)

## COUNT THREE
### (Anonymous Telecommunications Harassment)

The United States Attorney further charges:

3.  On or about August 10, 2022, in the Southern District of New York and elsewhere, WERONIKA JANCZUK, the defendant, in interstate and foreign communications, knowingly made a telephone call and utilized a telecommunications device without disclosing her identity and with intent to annoy, abuse, threaten, and harass a person at the called number and who received the communication, to wit, JANCZUK called the Victim three times and left the Victim two harassing voicemail messages.

(Title 47, United States Code, Sections 223(a)(1)(C) and 2.)

*Damian Williams*
DAMIAN WILLIAMS
United States Attorney