UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

WERONIKA JANCZUK,

                               Defendant.

------------------------------------------------------------X

24 Cr. 10 (LGS)

<u>RELEASE ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      WHEREAS Defendant WERONIKA JANCZUK was sentenced on January 29, 2024, to a term of "TIME SERVED." It is hereby **ORDERED** that defendant WERONIKA JANCZUK shall be released from the custody of the United States Marshal Service.

      SO ORDERED.

Dated: January 29, 2024
New York, New York

                                                                       LORNA G. SCHOFIELD
                                                                 United States District Judge