UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA   :
:
:   24 Cr. 10 (LGS)
-against-   :
:   ORDER
WERONIKA JANCZUK,   :
Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS a status conference regarding the Probation Department's Violation of Supervised Release Report and Petition dated August 1, 2024, is currently scheduled for August 26, 2024, at 11:45 a.m.  It is hereby

**ORDERED** the parties shall file a joint status letter on **August 20, 2024,** informing the Court of the status of Defendant's compliance with the terms of her supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: August 12, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**