

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

October 17, 2024

*Application Granted. The status conference previously scheduled for October 21, 2024, is adjourned to **October 28, 2024, at 10:45 a.m**. The Clerk of the Court is directed to terminate the letter motion at docket number 63.*

*Dated: October 21, 2024*
*New York, New York*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Weronika Janczuk*, 24 Cr. 010 (LGS)

Dear Judge Schofield,

The Government respectfully requests a one-week adjournment of the status conference currently scheduled for October 21, 2024 at 10:00 a.m. The defendant consents to this request. On October 1, 2024, the Government requested a detention hearing as the Government is seeking to remand the defendant pending resolution of the defendant's violations of supervised release. The Court referred the detention hearing to Magistrate Court and set a conference for October 21, 2024 at 10:00 a.m. The Court directed the parties to schedule the detention hearing before the October 21 conference.

After the parties conferred with each other and Magistrate Court, the parties were unfortunately unable to schedule a detention hearing before October 21, but have scheduled one for October 24, 2024 at 12:00 p.m. Accordingly, the Government requests a one-week adjournment of the conference before the Court until October 28, 2024. The parties are available between 10:30 a.m. and 1:00 p.m. on October 28. If needed, the parties can provide additional availability.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/_____
Varun A. Gumaste
Edward C. Robinson Jr.
Henry L. Ross
Assistant United States Attorneys
212-637-1023 / 2273 / 2442

cc: Sylvie Levine, Esq. (ECF/email)
    U.S. Probation Officer Hildery Huffman (email)