UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
                -against-              :         24-CR-10 (VEC)
:
WERONIKA JANCZUK, :         ORDER
                               Defendant. :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the parties must appear before the Court for a status conference on **Monday, October 28, 2024, at 11:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date:  October 24, 2024**
       **New York, NY**
                                                            **VALERIE CAPRONI**
                                                   **United States District Judge**