UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                -against-                                       :    24-CR-10 (VEC)
                                                                  :
WERONIKA JANCZUK,                                                 :    ORDER
                         Defendant.          :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties notified the Court that Ms. Janczuk was arrested on November 6, 2024.

       IT IS HEREBY ORDERED that the parties must appear before the Court for a presentment and initial conference **today, November 6, 2024, at 3:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: November 6, 2024**
**New York, NY**

_____
                     **VALERIE CAPRONI**
               **United States District Judge**