UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
          -against- :        24-CR-10 (VEC)
:
WERONIKA JANCZUK, :        <u>ORDER</u>
                         Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared for a presentment and initial conference on November 6, 2024.

    IT IS HEREBY ORDERED that the parties must appear before the Court for a status conference on **Thursday, November 14, 2024, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: November 7, 2024
New York, NY

                                          **VALERIE CAPRONI**
                                          **United States District Judge**