UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
          -against-                :   24-CR-10 (VEC)
:
WERONIKA JANCZUK,                        :   ORDER
                         Defendant.   :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 18, 2025, Probation notified the Court that Ms. Janczuk has been arrested.

    IT IS HEREBY ORDERED that the parties must appear before the Court **today, February 18, 2025, at 12:00 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  February 18, 2025
         New York, NY

                                    **VALERIE CAPRONI**
                                    **United States District Judge**