UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                                                                :
UNITED STATES OF AMERICA,                                       :
                                                                :
                    -against-                                   :        24-CR-10 (VEC)
                                                                :
WERONIKA JANCZUK,                                               :        ORDER
                                        Defendant.              :
                                                                :
----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

     WHEREAS on February 18, 2025, the parties appeared for a conference.

     IT IS HEREBY ORDERED that the parties must appear before the Court on **Monday, February 24, 2025, at 3:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.


**SO ORDERED.**

**Date:  February 18, 2025**
       **New York, NY**
                                      **VALERIE CAPRONI**
                                   **United States District Judge**