UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-                      24-CR-10 (VEC)

    WERONIKA JANCZUK,                  ORDER
                                  Defendant.

-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 24, 2025, the parties appeared for a conference.

    IT IS HEREBY ORDERED that the parties must appear before the Court on **Wednesday, February 26, 2025, at 3:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  February 24, 2025                                    **VALERIE CAPRONI**
        New York, NY                                **United States District Judge**