UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
        -against- : 24-CR-10 (VEC)
:
WERONIKA JANCZUK, : ORDER
                           Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 26, 2025, the parties appeared for a conference.

    IT IS HEREBY ORDERED that the Defense must file a brief arguing its position regarding Ms. Janczuk's maximum sentence not later than **Monday, March 3, 2025**. The Government must respond not later than **Monday, March 10, 2025**. The Defense's reply, if any, must be filed not later than **Wednesday, March 12, 2025**.

    IT IS FURTHER ORDERED that the parties must appear for a status conference on **Tuesday, March 18, 2025, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date: February 26, 2025
      New York, NY

                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**