UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                -against-                        24-CR-10 (VEC)

   WERONIKA JANCZUK,                        ORDER
                             Defendant.
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the conference scheduled for March 18, 2025, is ADJOURNED to **Thursday, March 27, 2025, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

      IT IS FURTHER ORDERED that, not later than **Monday, March 24, 2025**, the Government must file under seal any of Ms. Janczuk's medical records from her time in the custody of the Bureau of Prisons since she was arrested on February 16, 2025.

**SO ORDERED.**

Date:  March 18, 2025
        New York, NY

                                        **VALERIE CAPRONI
                                        United States District Judge**