UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
              -against-                           :     24-CR-10 (VEC)
:
WERONIKA JANCZUK,                                  :     <u>ORDER</u>
                         Defendant.        :
:
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 27, 2025, Ms. Janczuk admitted to the second, ninth, and tenth specifications in the February 21, 2025, violation report.

       IT IS HEREBY ORDERED that Ms. Janczuk will be sentenced on **Tuesday, April 22, 2025, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The Government's pre-sentencing submission is due **Tuesday, April 8, 2025**. The Defense's pre-sentencing submission is due **Thursday, April 17, 2025**.

       IT IS FURTHER ORDERED that, if Ms. Janczuk chooses to take psychotropic medication as prescribed by the medical staff at the Metropolitan Detention Center, her counsel must advise the Court and the Government as soon as practicable, and the Government must provide the Court with updated medical records. Upon confirming that Ms. Janczuk has begun taking medication, the Court will adjourn sentencing until a date that is two months from the date Ms. Janczuk begins being medicated. If Ms. Janczuk cooperates with the psychotropic medical regime until that date, the Court commits to imposing a sentence of time served with a period of supervision to follow of not more than two months.

**SO ORDERED.**

Date: **March 27, 2025**
       **New York, NY**

                                    **VALERIE CAPRONI**
                                **United States District Judge**