# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

April 7, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/2025

**Via ECF and Email**[1]
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     **United States v. Weronika Janczuk**
        **24 Cr. 10 (VEC)**

Dear Judge Caproni,

      I write to provide an update about Ms. Janczuk. Following Ms. Janczuk's admission on March 27 to three of the supervised release violation specifications pending against her, and the Court's advisal regarding psychotropic medication and its impact on her future sentence, the parties requested and reviewed updated medical records for Ms. Janczuk today. ███████
████████████████████████████████████████████████████████████

      In light of this development, the parties conferred and I hereby request that the Court adjourn the sentencing date currently scheduled for April 22, 2025 to a control date at the beginning of May. The parties will request updated records in advance of the control date and update the Court accordingly at that time. In the meantime, I also ask that you vacate the submissions deadlines that were keyed to the April sentencing date. The government by Assistant United States Attorney Henry Ross consents to these requests.

      Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Ms. Janczuk

---

[1] Given the HIPAA-protected information contained in this letter, we ask to file the unredacted version under seal.

Ms. Janczuk's sentencing is ADJOURNED to **Friday, May 23, 2025, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The pre-sentencing submission deadlines set in the Court's March 27, 2025, Order (Dkt. 84) are ADJOURNED *sine die*. Not later than **Friday, May 16, 2025,** the Government must file under seal Ms. Janczuk's updated medical records.

The application to file the unredacted version of this letter under seal is GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*   4/7/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE